BERNARD SCHWAM v. TOWNSHIP OF CEDAR GROVE.

March 21, 1989.

Cross-petition for certification denied. (See 228 *N.J.Super.* 522).

STATE OF NEW JERSEY v. ROBERT BOBINIS.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CAMAROTO.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LANE.

March 21, 1989.

Petition for certification denied.